No. 5247. JOHNSON *v.* UNITED STATES. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 864.] Motion of petitioner for appointment of counsel granted. It is ordered that William J. Lippman, Esquire, of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 673. LEE NATIONAL CORP. *v.* ATLANTIC RICHFIELD CO. ET AL. C. A. 3d Cir. Motion for leave to file petition for writ of certiorari denied.

No. 5774. SULLIVAN *v.* MICHIGAN;

No. 5803. COPELAND *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, ET AL.; and

No. 5810. FLETCHER *v.* SPEAKER, ATTORNEY GENERAL OF PENNSYLVANIA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 655. HODGSON, SECRETARY OF LABOR *v.* LOCAL UNION 6799, UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. C. A. 9th Cir. Certiorari granted.

No. 812. UNITED STATES *v.* DISTRICT COURT IN AND FOR WATER DIVISION No. 5 ET AL. Sup. Ct. Colo. Certiorari granted and case set for oral argument immediately following No. 87 [*United States* v. *District Court in and for the County of Eagle et al.,* certiorari granted, 397 U. S. 1005].

No. 233. MOHLAND *v.* MONTANA STATE BOARD OF EQUALIZATION ET AL. Sup. Ct. Mont. Certiorari denied.